**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amy A. Mahler, a/k/a Amy A. Moyle, | ) | |
| | ) | Case No. 1:11-cr-060 |
| Defendant. | ) | |

Before the court defendant's Motion to Amend Judgment. The Judgment entered against defendant on September 23, 2011, provides in relevant part that defendant is to make payment in quarterly installments of $150.00. Defendant requests that the Judgment be amended to allow her to make payment of her next quarterly installment by December 31, 2012.

The court **GRANTS** defendants' motion (Docket No. 28). The Judgment shall be amended accordingly.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge